# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

IN RE: NUVARING PRODUCTS LIABILITY LITIGATION )
)
) 4:08 MDL 1964 RWS
**This Document Relates to**: )
) MDL No. 1964
KIMBERLY FOARD )
)
          Plaintiff(s), )
) Civil Action No. 4:14-cv-0611-RWS
   v. )
)
ORGANON USA, INC., ET AL. )
)
         Defendant(s). )

*So Ordered*

*[signature]*

3/28/16

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO ALL DEFENDANTS

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the undersigned counsel hereby

stipulate that all claims of Plaintiff, <u>KIMBERLY FOARD</u>, against all Defendants in the above

captioned matter be dismissed in their entirety with prejudice, each party to bear its own costs.


<u>/s/ John J. Driscoll (w/permission)</u>
John J. Driscoll
The Driscoll Firm, P.C.
211 N. Broadway, 40th Floor
St. Louis, MO 63102
Tel: (314) 932-3232
Fax: (314) 932-3233
john@the driscollfirm.com

Attorneys for Plaintiff

<u>/s/ Stephen G. Strauss</u>
Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
Tel: (314) 259-2444
Fax: (314) 552-8444
sgstrauss@bryancave.om

Attorney for Defendants